

**NUMBER 13-25-00630-CV**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI – EDINBURG**

---

**JESUS CASTILLO,**                                                          **Appellant,**

**v.**

**H-E-B, LP,**                                                          **Appellee.**

---

**ON APPEAL FROM THE COUNTY COURT AT LAW NO. 2
OF NUECES COUNTY, TEXAS**

---

## MEMORANDUM OPINION

**Before Chief Justice Tijerina and Justices Peña and West
Memorandum Opinion by Justice Peña**

Appellant Jesus Castillo has filed a petition for permissive interlocutory appeal seeking to challenge the trial court's order granting appellee H-E-B, LP's motion to withdraw deemed admissions as to "HEB," a non-entity/improper party.

Generally, an order that does not dispose of all claims and all parties is interlocutory and is not an appealable order. *Sabre Travel Int'l, Ltd. v. Deutsche Lufthansa*

*AG*, 567 S.W.3d 725, 730 (Tex. 2019). To be entitled to a permissive appeal from an interlocutory order that is not otherwise appealable, the requesting party must establish to the trial court that (1) the order "involves a controlling question of law as to which there is a substantial ground for difference of opinion" and (2) allowing an immediate appeal "may advance the ultimate termination of the litigation." TEX. CIV. PRAC. & REM. CODE § 51.014(d); *see also* TEX. R. APP. P. 28.3 (setting out the requirements for permissive appeals in civil cases). If the trial court grants permission to appeal, we may accept the appeal if the appeal is warranted under the foregoing criteria. TEX. CIV. PRAC. & RED. CODE § 51.014(f); *see Sabre*, 567 S.W.3d at 732 ("Texas courts of appeals have discretion to accept or deny permissive interlocutory appeals certified under section 51.014(d) . . . .").

Having reviewed Castillo's petition and the record documents attached thereto, this Court is of the opinion that Castillo has not shown its entitlement to permissive interlocutory appeal. Accordingly, we deny the petition for permissive interlocutory appeal, and we dismiss the appeal for want of jurisdiction. We further dismiss all pending motions as moot.

L. ARON PEÑA JR.
Justice

Delivered and filed on the
8th day of January, 2026.

2
